### ANTHONY *v.* BOLAND *et al.*

SIMMONS, C. J. The evidence warranted the verdict, and there is no merit in any of the special assignments of error.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 10, 1902.

Action for damages. Before Judge Butt. Muscogee superior court. October 24, 1901.

*A. A. Dozier*, for plaintiff.  *J. H. Martin*, for defendants.